PLAINTIFF
RONALD M. EVANS SR.
VS
AMERICAN EXPRESS NATL. BANK

25-CV-02788    Pg 1

FILED
DEC 01 2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

(PRO Se PLAINTIFF)
MOTION FOR JUDGEMENT

(PRO Se) PLAINTIFF RONALD M. EVANS SR. MOVES THE COURT TO GRANT A JUDGEMENT AGAINST THE DEFENDANT AMERICAN EXPRESS NATL. BANK ($10,500,405). AT THIS TIME PER EXHIBIT J DATED 10/10/2025 AND EXHIBIT K DATED 11/19/25. THE DEFENDANT HAS NOT REMOVED ALL NEGATIVE INFORMATION FROM THE PLAINTIFF'S CREDIT FILE, NOR HAS IT CHANGED IT'S CREDIT INFORMATION TO REFLECT ANY POSITIVE ASPECTS OF THE DEBT SETTLEMENT AGREEMENT (011) EXHIBIT A WHICH IN ACCORDANCE WITH EXHIBIT I.

(FAIR DEBT COLLECTION PRACTICES ACT) (FDPCA) IN ADDITION (FAIR CREDIT REPORTING ACT) (FCRA) GIVES THE CONSUMER (PLAINTIFF) THE RIGHT TO HOLD THEM ACCOUNTABLE FOR KNOWINGLY REPORTING FALSE OR OUTDATED INFORMATION. THEY (DEFENDANTS) MAY BE HELD LIABLE FOR THE FULL AMOUNT OF THE CIVIL SUIT. TODAY NOV. 29TH 2025 (PRO Se PLAINTIFF) HUMBLY ASKS THE COURT TO GRANT HIS MOTION FOR JUDGEMENT AGAINST THE DEFENDANTS AND IN PLAINTIFF'S FAVOR

25-CV-02788                                    pg 2.

(PRO Se PLAINTIFF) MOTION FOR JUDGEMENT

AT THIS TIME.

PLAINTIFF WOULD ASK THE COURT TO USE IT'S FULL WEIGHT AND POWER OF THE FEDERAL JUDICIAL SYSTEM TO ENFORCE JUDGEMENT UPON THE DEFENDANTS WHICH INCLUDES THE <u>ORDER</u> FOR IMMEDIATE DISBURSEMENT FOR PAYMENT TO THE PLAINTIFF.

PLEASE SEE ATTACHED SUPPORTING DOCUMENTS (4)
                              EXHIBITS A, I, J, K

PLUS ATTACHED                                                    (3)
ADDITIONAL SUPPORTING DOCUMENTS EXHIBITS F, G, H

                    RONALD M. EVANS SR.
                    1035 N. LONG AVE.
                    CHICAGO IL. 60651
                    (773) 609-8008
                    (EMAIL) RE195742@gmail.com

EXHIBIT A

# DEBT SETTLEMENT AGREEMENT PLAN(011)

This Debt Settlement Agreement Plan is being written on behalf of

RONALD M.EVANS SR. for CLOSED account ending #4-41003 with the

Creditor Being AMERICAN EXPRESS and there address being P.O. box 96001

LOS ANGELES CA, 90096-8000.

With MR. EVANS SR. residing at 1035 N. LONG ave. Chicago,Illinois 60651

MR. EVANS SR. is offering and Authorizing PAYMENT of $120 as SETTLEMENT OF ALL OF THE CURRENT DEBT for the Aforementioned

CLOSED AMERICAN EXPRESS account.

## TERMS AND CONDITIONS:

1) Upon Acceptance of offered payment equaling $120. AMERICAN EXPRESS Agree's to consider Above Account PAID IN FULL/PAID AS AGREED. And Shall Cease All Collection Activity which includes calls, judgement Legal actions.

2) AMERICAN EXPRESS AGREE'S to Consider above Aforementioned closed Account .Settled PAID IN FULL, The Debt Shall be Written off by AMERICAN EXPRESS.

3) AMERICAN EXPRESS Agree's to REPORT AND LIST ABOVE ACCOUNT AS PAID IN FULL/PAID AS AGREED IMMEDIATELY TO ALL (3)credit Bureaus:Transunion, Equifax ,Experian for The Next 80 yrs.(eighty).

4) AMERICAN EXPRESS Agree's to STOP IMMEDIATELY. All Listing and Posting and Sending of Any NEGATIVE information in regard to account #4-41003. With all (3)Credit Bureaus Transunion, Equifax,Experian for a period of (80yrs.)(eighty) .

5) AMERICAN EXPRESS Agree's NOT to pursue any MUNICIPAL JUDGEMENTS in

regard to AFOREMENTIONED account as it shall be Deemed PAID IN FULL/PAID AS AGREED/ SETTLED.

6) AMERICAN EXPRESS Agree's and Affirms with ACCEPTANCE of AGREEMENT PLAN With it's Company STAMP and or ACCEPTANCE of payment, this DEBT SETTLEMENT AGREEMENT PLAN (011), MR . EVANS Agree's to release payment.

7) AMERICAN EXPRESS Agree's that ALL legal Activity with regard to MUNICPAL JUDGEMENT, SHALL CEASE AND DESIST.

8) It is Agreed that with ALL terms and conditions Being MET, both MR. EVANS SR. and AMERICAN EXPRESS AFFIRM that the Debt for the Aforementioned Account Shall be Deemed SETTLED.

PAYMENT (MR. EVANS SR.) AND ACCEPTANCE (AMERICAN EXPRESS) is the ESSENCE of this PLAN satisfies and requires ALL TERMS and CONDITIONS being met. Any breach by either party may cause additional LEGAL ACTION.

*Ronald M Evans Sr* (signature)

(RONALD M.EVANS SR)

\_AMERICAN EXPRESS\_
AMERICAN EXPRES

4/28/2022

ANNA D OSORIO
OFFICIAL SEAL
Notary Public, State of Illinois
My Commission Expires
February 05, 2024

*Details*: Trace 2181208260  Serial 1103286029  Cleardate 2022-05-23  Account 4550  Amount $40.00
BOFD 074909962

CASE # 25-CV-02788      EXHIBIT F



*Details*: Trace 2180699530   Serial 1104534020   Cleardate 2022-05-18   Account 4550   Amount $40.00
BOFD 074909962

CASE # 25-CV-02788       EXHIBIT G

ACCEPTANCE OF THIS PAYMENT CONSTITUTES ACCEPTANCE OF
ALL TERMS AND CONDITIONS OF PLS DEBT SETTLEMENT AGREEMENT
PLAN (011) BEING MET.

PL$

Payable Through:
BancFirst
Stratford, Oklahoma
86-490 / 1031

IL-11    05/04/2022

1104534020

TO VERIFY:
CALL (855) 655-9757

ACCT # 4-41003

PAY TO THE ORDER OF: AMERICAN EXPRESS
RONALD M EVANS SR.
FROM

****$40.00****
PAY EXACTLY
FORTY DOLLARS **
00 CENTS *******

NOT VALID IF OVER TWO THOUSAND FIVE HUNDRED U.S. DOLLARS

DH
003

WARNING: THIS DOCUMENT CONTAINS NUMEROUS SECURITY FEATURES. SEE VERIFICATION INSTRUCTIONS ON BACK.

NOTICE TO HOLDER: DRAWEE NOT LIABLE ON STOP PAYMENT.
• NO REPLACEMENT FOR 30 DAYS FROM PURCHASE  RE-ISSUE FEE APPLIES.
• PURCHASER AGREES TO INSERT NAME OF PAYEE AND IS SOLELY RESPONSIBLE FOR FAILURE TO DO SO.
• NO REFUND WITHOUT MONEY ORDER STUB.

⑆103104900⑆   4550   1104534020⑈

05/17/22   851396
T3933980219801 > 826199...
Credit the account of the within
without prejudice TRANSCENTRA

SERVICE CHARGE
If the Money Order is not used, cashed, or presented for payment within 1 year (3 years for CA) of purchase date, a non-refundable Service Charge will be deducted from the amount of payment, shown on the front of this Money Order (unless prohibited by law).
This Service Charge is $2.00 per month from the date of purchase, but not to exceed $168.00 (MA$4, CA$21) in total or such lesser amounts as permitted by applicable law.
For Questions concerning this Money Order please call the phone number listed on the front of this money order.
(exceptions - TX $1 per month, CA $.25 per month)

LIMITED RECOURSE
This Money Order will not be paid if it has been Forged, Altered or Stolen. Recourse is only against the endorser.

FOR TEXAS MONEY ORDERS ONLY:
Complaints concerning sale of checks activities should be directed to Texas Department of Banking, 2601 North Lamar Boulevard, Austin, TX 78705. 1-877-276-5554 Toll Free. www.dob.texas.gov

R 06-23-16

Details: Trace 2180699520  Serial 1104534019  Cleardate 2022-05-18  Account 4550  Amount $40.00  BOFD 074909962

CASE # 25-CV-02788 EXHIBIT H



ACCEPTANCE OF THIS PAYMENT PLS CONSTITUTES ACCEPTANCE OF ALL TERMS AND CONDITIONS OF DEBT SETTLEMENT AGREEMENT PLAN (011) BEING MET.

IL-11  05/04/2022
1104534019
ACCT # 141003
PAY TO THE ORDER OF: AMERICAN EXPRESS
FROM: RONALD M EVANS SR.
PAY EXACTLY $40.00
FORTY DOLLARS ** 00 CENTS *******

⑆103104900⑆ 4550 1104534019⑈

05/17/22 851396
T507950702089 > 826991
Credit the account of the within without prejudice TRANSCEN

(PRO SE) RONALD M. EVANS SR     25-CV-02788

VS

AMERICAN EXPRESS NATIONAL BANK

# EXHIBIT I

(FAIR DEBT COLLECTION PRACTICES ACT)
FDCPA - GRANTS THE CONSUMER THE RIGHT TO NEGOTIATE SETTLEMENT IN REGARD TO DEBT.
IN ADDITION:
(FAIR CREDIT REPORTING ACT)
THE (FCRA) - GIVES THE CONSUMER THE RIGHT TO HOLD THE DEBT DEBT COLLECT/CREDITOR (TO HOLD THEM ACCOUNTABLE) FOR KNOWINGLY REPORTING FALSE OR OUTDATE INFORMATION AND FAILING TO CORRECT INACCURATE INFORMATION. THEY MAY BE HELD LIABLE.

FILED

AUG -1 2025

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

\*\*\* 338355522-100 \*\*\*
TransUnion LLC
PO Box 805
Woodlyn, PA 19094-0805

25-CV-02788
EXHIBIT J
10/10/2025


Information for Good.

PMJUJL00101850-I025969-255374699

RONALD MAURICE EVANS SR
1035 N LONG AVE
CHICAGO, IL 60651-2832

Find an inaccuracy on your report?
Submit your dispute online at:
http://transunion.com/disputeonline

**RECEIVED**

NOV 05 2025

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Enclosed is the TransUnion Personal Credit Report that you requested. As a trusted leader in the consumer credit information industry, TransUnion takes the accuracy of your credit information very seriously. We are committed to providing the complete and reliable credit information that you need to participate in everyday transactions and purchases.

If you believe an item of information to be incomplete or inaccurate, please alert us immediately. We will investigate the data and notify you of the results of our investigation.

To make it easier to request an investigation, you can now submit your request online, **24 hours a day, 7 days a week.** You must have an active email address to use the online service. Please note that your email address will only be used fo communicating with you regarding your request and the results of our investigation. Your email address will not be sharec with any non-TransUnion entities.

**To submit an online request for investigation:**

**Step 1.** Go to the TransUnion online investigation service at http://transunion.com/disputeonline
**Step 2.** Follow the instructions provided by the web site.

Once submitted, you will receive online confirmation of your request. You will also be notified by email when we complete our investigation and your results will be available online. You can check the status of your investigation online by logging into your account.

If you are experiencing a financial hardship related to a public health emergency or your personal circumstances, you can add a consumer statement to your credit file to explain your situation by visiting us at www.transunion.com/credit-help.

Thank you for helping ensure the accuracy of your credit information.

TransUnion Consumer Relations

For frequently asked questions about your credit report, please visit http://transunion.com/consumerfaqs .

Case: 1:25-cv-02788 Document #: 37 Filed: 12/01/25 Page 10 of 10 PageID #:213
Page: 2 of 7
nsumer Credit Report for RONALD MAURICE EVANS SR    File Number: 338355522  Date Issued: 10/10/2025

# Accounts with Adverse Information

**AMERICAN EXPRESS** #349992903861**** ( PO BOX 981537, EL PASO, TX 79998, (800) 874-2717 )

| | | |
|---|---|---|
| Date Opened: 08/30/2021 | Date Updated: 05/02/2025 | Pay Status: Unrated |
| Responsibility: Individual Account | | Date Closed: 11/12/2021 |
| Account Type: Revolving Account | | ›Maximum Delinquency of 120 days in 11/2022 |
| Loan Type: CREDIT CARD | | and in 12/2022‹ |

High Balance: High balance of $5,890 from 05/2023 to 04/2025; $0 from 05/2025 to 05/2025
Credit Limit: Credit limit of $0 from 05/2023 to 05/2025

| | 05/2025 | 04/2025 | 03/2025 | 02/2025 | 01/2025 | 12/2024 | 11/2024 | 10/2024 | 09/2024 | 08/2024 | 07/2024 | 06/2024 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Balance | $0 | $5,378 | $5,378 | $5,378 | $5,378 | $5,378 | $5,378 | $5,378 | $5,378 | $5,378 | $5,378 | $5,378 |
| Scheduled Payment | | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Amount Paid | | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Past Due | | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Remarks | DRG/CBG | DRG | DRG | DRG | DRG | DRG | DRG | DRG | DRG | DRG | DRG | DRG |
| Rating | X | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O |

| | 05/2024 | 04/2024 | 03/2024 | 02/2024 | 01/2024 | 12/2023 | 11/2023 | 10/2023 | 09/2023 | 08/2023 | 07/2023 | 06/2023 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Balance | $5,378 | $5,378 | $5,378 | $5,378 | $5,378 | $5,378 | $5,378 | $5,378 | $5,378 | $5,378 | $5,378 | $5,378 |
| Scheduled Payment | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Amount Paid | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Past Due | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Remarks | DRG | DRG | DRG | DRG | DRG | DRG | DRG | DRG | DRG | DRG | DRG | DRG |
| Rating | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O |

| | 05/2023 | 04/2023 | 03/2023 | 02/2023 | 01/2023 | 12/2022 | 11/2022 | 10/2022 | 09/2022 | 08/2022 | 07/2022 | 06/2022 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Balance | $5,378 | | | | | | | | | | | |
| Scheduled Payment | $0 | | | | | | | | | | | |
| Amount Paid | $0 | | | | | | | | | | | |
| Past Due | $0 | | | | | | | | | | | |
| Remarks | DRG | | | | | | | | | | | |
| Rating | C/O | C/O | C/O | C/O | C/O | 120 | 120 | 90 | 60 | 30 | OK | OK |

| | 05/2022 | 04/2022 | 03/2022 | 02/2022 | 01/2022 | 12/2021 | 11/2021 | 10/2021 | 09/2021 |
|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | X |