IC

FILED

(PRO Se Plaintiff)    25-CV-02788    2-25-26
RONALD M. EVANS SR.
      VS
American Express Bank

FEB 25 2026 BT

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

## PLAINTIFF MOTION FOR JUDGMENT

(PRO Se) Plaintiff Ronald M. Evans Sr. moves the court to Grant A Judgment against the Defendants AMERICAN EXPRESS BANK for the FULL AMOUNT OF THE LAWSUIT Plus court costs. At this time Per Exhibit J dated 10/10/2025 and Exhibit K dated 11/19/2025. The Defendants have not REMOVED ALL NEGATIVE information from the Plaintiffs credit file, NOR has it changed its credit information to reflect any positive aspect of the DEBT SETTLEMENT AGREEMENT (011) Exhibits A,B which under the agreement American Express Bank is Bound by ALL of it's conditions as it is a **BILATERAL AGREEMENT WITH IT'S ACCEPTANCE.** SEE EXHIBIT J Acceptance of payment with proof of (DEFENDANT) cashing. (3x)

    In Addition The (Defendants) have filed for judgment against Plaintiff and have started wage garnishment which definitely make it a Debt Collector.

Plaintiff HUMBLY asks the Court to **HOLD THEM LIABLE FOR THE FULL AMOUNT OF THE CIVIL SUIT.** Today Plaintiff has also filed a motion for release of the Defendants evidenciary file which you have on 2-23-26. Please See Enclosed copies. I request to ask the COURT for a Judgment against the DEFENDANTS ALONG with An order for the immediate PAYMENT in FULL AMOUNT OF THE LAWSUIT.
SUPPORTING DOCUMENTS EXHIBITS A,B,F,G,H,I,J,K AND WITH COPY OF RELEASE OF EVIDENCIARY FILE.

                Sincerely,
                      RONALD M. EVANS SR.
                      1035 N. LONG AVE
                      CHICAGO ILLINOIS 60651
            Phone (773)609-8008
            Email RE195742@gmail.com